# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **CHRISTOPHER J. DOSS,** | § | |
| | § | |
| *Plaintiff* | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 4:24-cv-3864** |
| | § | |
| **THE STATE OF TEXAS, HOUSTON** | § | |
| **INDEPENDENT SCHOOL DISTRICT,** | § | |
| **CHILD PROTECTIVE SERVICES,** | § | |
| **HOUSTON FEDERATION OF** | § | |
| **TEACHERS, EDEN JONES-HINDS,** | § | |
| **TRACI AULD MITCHELL, AND** | § | |
| **ANN FIGUERORA,** | § | |
| | § | |
| *Defendants* | § | |

**EXHIBIT A TO DEFENDANT HOUSTON INDEPENDENT SCHOOL
DISTRICT'S NOTICE OF REMOVAL**

**INDEX OF MATTERS BEING FILED**

A-1     All Executed Service of Process;

A-2     Docket Sheet from the 215th District Court of Harris County, Texas;

A-3     Pleadings asserting causes of action and all answers to such pleadings (Plaintiff's Original Petition and Houston Independent School District's Answer);

A-4     Orders signed by the Judge of the 215th District Court of Harris County, Texas (None); and

A-5     List of Counsel of Record.