# EXHIBIT A-1

```
                    CAUSE NO.  202461126
                    RECEIPT NO.  179670            75.00          CT1
                                *********                         TR # 74375662
```

PLAINTIFF: DOSS, CHRISTOPHER                                In The    215th
         vs.                                                Judicial District Court
DEFENDANT: HOUSTON INDEPENDENT SCHOOL DISTRICT              of Harris County, Texas
                                                            215TH DISTRICT COURT
                                                            Houston, TX

                                    CITATION

THE STATE OF TEXAS
County of Harris

TO: HOUSTON INDEPENDENT SCHOOL DISTRICT
    4400  WEST 18TH ST N WY    HOUSTON TX 77092
    Attached is a copy of <u>ORIGINAL PETITION</u>

This instrument was filed on the <u>10th day of September, 2024</u>, in the above cited cause number and court. The instrument attached describes the claim against you.

   YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.
TO OFFICER SERVING:
   This citation was issued on 13th day of September, 2024, under my hand and seal of said Court.

Issued at request of:
DOSS, CHRISTOPHER                          MARILYN BURGESS, District Clerk
                                           Harris County, Texas
                                           201 Caroline, Houston, Texas 77002
                                           (P.O. Box 4651, Houston, Texas 77210)

Bar No.: 1

                              Generated By: HARRISON, CONNOR  DUW//12655668

FILED
Marilyn Burgess
District Clerk
SEP 19 2024
Time: 8:00 am
Harris County, Texas
By R. Ticlle
Mail Processing Clerk

                         OFFICER/AUTHORIZED PERSON RETURN
Came to hand at _____ o'clock ___.M., on the _____ day of _____, _____.
Executed at (address) _____ in
_____ County at _____ o'clock ___.M., on the _____ day of _____,
_____, by delivering to _____ defendant, in person, a
true copy of this Citation together with the accompanying _____ copy(ies) of the
_____ Petition
attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this _____ day of _____, _____.

FEE: $_____
                                    _____
                                    _____ of _____County, Texas

_____           By _____
        Affiant                              Deputy

On this day, _____, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, _____.

                                    _____
                                           Notary Public

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

N.INT.CITR.P                     *74375662*

Certified Document Number: 116633456 - Page 1 of 3

1C93
P-3

Ashley Wi Lawyer 12$^{31}$pm

# Constable Return of Corporation

Cause #: <u>202461126</u>　　　　　　　　　　　　　　　　　Tracking #: <u>74375662</u>

In the case of <u>DOSS, CHRISTOPHER</u> VS <u>HOUSTON INDEPENDENT SCHOOL DISTRICT</u> a <u>CITATION</u> and attached <u>Original Petition</u> was issued by the <u>215th Judicial District</u> court of <u>HARRIS</u> County, and came to hand on the <u>16</u> day of <u>September</u>, 2024 at <u>11:45AM</u> to be delivered at <u>4400 W 18TH ST N WY</u>, <u>HOUSTON</u>, TX <u>77092</u> by delivering to: <u>HOUSTON INDEPENDENT SCHOOL DISTRICT</u>

## Attempted Service
(Attempted service at 4400 W 18TH ST N WY unless otherwise noted.)

| Date | Time | Deputy Name | Agency | Service Attempt Type | Address Attempted | Remarks |
|---|---|---|---|---|---|---|
| 9/17/2024 | 12:31:00 PM | MELODY ESTER | 1 | SERVED | 4400 W 18TH ST N WY HOUSTON TX 77092 | SEVED ATTORNEY ASHLEY WI. |

## Service of Corporation

Executed the same in <u>HARRIS</u> County, Texas, on the <u>17</u> day of <u>September</u>, 2024 at <u>12:31PM</u> by summoning <u>HOUSTON INDEPENDENT SCHOOL DISTRICT</u> a Corporation at <u>4400 W 18TH ST N WY</u>, <u>HOUSTON</u>, Texas <u>77092</u> By delivering to <u>ASHLEY WI</u> in person the <u>Attorney</u> of said Corporation a true copy of this <u>CITATION</u>, together with the accompanying certified copy of the <u>Original Petition</u>

Fee Due $ <u>0.00</u>

by Deputy <u>MELODY ESTER - 1C93</u>
　　　　　　　Printed

Deputy Signature　_M Ester_

Attempts: 1
Total Attempts: 1

**Alan Rosen, Constable Precinct #1**
**Harris County Texas**
1302 Preston, 3rd Floor
Houston Texas 77002
713.755.5200



I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   October 8, 2024


Certified Document Number:        116633456 Total Pages:  3

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**