# EXHIBIT A-2

# 2024-61126

**COURT:** 215th
**FILED DATE:** 9/10/2024
**CASE TYPE:** OTHER CIVIL



DOSS, CHRISTOPHER

vs.

HOUSTON INDEPENDENT SCHOOL DISTRICT

| Docket Sheet Entries | |
|---|---|
| Date | Comment |